# Third District Court of Appeal
## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0002
Lower Tribunal No. WX3273254
_____

**B.L.,**
Appellant,

vs.

**Department of Agriculture and Consumer Services, Division of Licensing,**
Appellee.

An Appeal from the Department of Agriculture and Consumer Services, Division of Licensing.

B.L., in proper person.

Leslie Fearington, Senior Attorney (Tallahassee), for appellee.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.